UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: MOHAMMED, ALIMODEEN | § | Case No. 11-10836 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/19/2011    By: /s/BRADLEY J. WALLER
                                                                      Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MOHAMMED, ALIMODEEN § Case No. 11-10836
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,000.10 |
| *and approved disbursements of* | $ 6.03 |
| *leaving a balance on hand of* [1] | $ 7,994.07 |
| **Balance on hand:** | $ 7,994.07 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,994.07 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,550.01 | 0.00 | 1,550.01 |
| Trustee, Expenses - BRADLEY J. WALLER | 90.00 | 0.00 | 90.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,640.01 |
| Remaining balance: | $ 6,354.06 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 6,354.06 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 6,354.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 46,401.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 14,647.97 | 0.00 | 2,005.85 |
| 3 -2 | Heidner Property Management, Inc. | 31,753.30 | 0.00 | 4,348.21 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 6,354.06 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Case 11-10836   Doc 36   Filed 09/02/11   Entered 09/04/11 23:17:09   Desc Imaged
Certificate of Service   Page 5 of 7
Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance:  $ 0.00

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 11-10836-BWB
Alimodeen Mohammed                                                                      Chapter 7
        Debtor
                                    **CERTIFICATE OF NOTICE**

District/off: 0752-1        User: acox              Page 1 of 1              Date Rcvd: Mar 17, 2011
                            Form ID: b9a            Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2011.
db          +Alimodeen Mohammed,    521 Forest Way,   Bolingbrook, IL 60440-2511
aty         +James E Sturino,    Nordin & Sturino PC,   1555 Naperville/Wheaton Rd,   #207,
              Naperville, IL 60563-1535
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
16965618    +Capital One Auto Finance,    P.O. Box 60511,   City Of Industry, CA 91716-0511
16965620    +Heidner Property Management, Inc.,    C/O Christopher J. Goluba,   399 Wall Street, Unit H,
              Glendale Heights, IL 60139-1987
16965616    +Mohammed Alimodeen,    521 Forest Way,   Bolingbrook, IL 60440-2511
16965617    +Nordin & Sturino PC,    1555 NapervilleWheaton Road Suite 207,   Naperville, IL 60563-1535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16965619    +EDI: CHASE.COM Mar 17 2011 22:03:00      Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
16965621     EDI: HFC.COM Mar 17 2011 22:03:00      HSBC Bank,    P.O. Box 60139,
              City Of Industry, CA  91716-0139
16965622     EDI: TFSR.COM Mar 17 2011 22:03:00      Toyota Financial Services,   P.O Box5855,
              Carol Stream, IL  60197-5855
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2011                     Signature:     _Joseph Speetjens_

United States Bankruptcy Court
Northern District of Illinois

In re:  
Alimodeen Mohammed  
    Debtor

Case No. 11-10836-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: lhatch     Page 1 of 1     Date Rcvd: Sep 02, 2011  
                       Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2011.

```
db          +Alimodeen Mohammed,    521 Forest Way,    Bolingbrook, IL 60440-2511
aty         +James E Sturino,    Nordin & Sturino PC,    1555 Naperville/Wheaton Rd,    #207,
              Naperville, IL 60563-1535
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
16965619    +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
17235538     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16965621     HSBC Bank,    P.O. Box 60139,    City Of Industry, CA  91716-0139
16965620    +Heidner Property Management, Inc.,    C/O Christopher J. Goluba,    399 Wall Street, Unit H,
              Glendale Heights, IL 60139-1987
16965616    +Mohammed Alimodeen,    521 Forest Way,    Bolingbrook, IL 60440-2511
16965617    +Nordin & Sturino PC,    1555 NapervilleWheaton Road Suite 207,    Naperville, IL 60563-1535
17018589   ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
             (address filed with court: Snap-on Credit LLC,    950 Technology Way, Ste 301,
              Libertyville, IL  60048)
16965622   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    P.O Box5855,
              Carol Stream, IL  60197-5855)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16965618    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 03 2011 03:16:53
              Capital One Auto Finance,    C/O Ascension Capital Group, Inc,    P.O. Box 201347,
              Arlington, TX 76006-1347
17376401    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 03 2011 03:16:53
              Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2011**            **Signature:** _/s/ Joseph Speetjens_